**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MAOYING SONG,

Plaintiff,

v. Case No: 6:24-cv-809-RBD-EJK

DEFENDANT 1 and JOHN DOE DEFENDANTS 1-9,

Defendants.

---

**ORDER**

On April 30, 2024, the Court issued its standard Initial Order. (Doc. 4). Among other things, the Order directed each party to file a Certificate of Interested Persons and Corporate Disclosure Statement within fourteen days of the date of the order or the date of first appearance. (Doc. 4, p. 1-2.) The Order also directed counsel to file a Notice of Pendency of Other Actions within fourteen days of the date of the order. (Doc. 4, p. 2.) The Plaintiff has yet to submit the filings, even though the deadline has passed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **June 7, 2024,** the Plaintiff is **DIRECTED** to file a Certificate of Interested Persons and Corporate Disclosure Statement and a Notice of Pendency of Other Actions to comply with the Court's Order (Doc. 4).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 24, 2024.

ROY B. DALTON, JR.
United States District Judge