# EXHIBIT "A"

CNC INTELLIGENCE

Investigation Summary

# Prepared by CNC Intelligence Inc.

Prepared for:

**Maoying Song**

CNC INTELLIGENCE

## Disclaimer

This report has been prepared exclusively for Maoying Song and their legal representative. No material in this report may be distributed or reproduced without written permission, except for use by Law Enforcement. Without limitation, This Report does not offer any legal guidance or advice of any kind on any subject. In no event shall CNC Intelligence Inc. be liable for any damages resulting from, arising out of, or in connection to the use of the information in this report.

# Contents

1. Our Services....4
2. Scope of the Investigation....6
3. Executive Summary....7
4. Recommendations....9
5. Open-Source Intelligence....12
6. Initial Transaction Overview....25
7. Summary of VASP Addresses....28
8 Trace A....30
9. Trace B....35
10. Trace C....45
11. Trace D....47
12. Trace E....50
13. Additional Contact Details....59
14. Important Terminology....63

# 1. Our Services

**CNC Intelligence is here to empower law enforcement agencies investigating and prosecuting cases involving digital assets.**

**Our services include:**

- **Crypto tracing and case assistance:** We provide comprehensive crypto tracing and open source intelligence services to help investigators track down and recover stolen assets. Our team is also available to put you in touch with federal or local partners who may be conducting similar traces.

- **Courses and training:** In addition to our case assistance services, we also offer training and courses to help law enforcement agencies build their knowledge and skills in the realm of cyber and cryptocurrency investigations. From basic introductions to advanced techniques, we have options for learners of all levels.

- **Expert witness services and opinion services:** As experts in the field of cryptocurrency tracing and forensic investigations, we are also available to provide professional opinion services and serve as expert witnesses in legal proceedings. Our team's expertise and credibility can be invaluable in building a strong case.

For further information, please contact us:

investigations@cncintel.com

# Our Partners:

## Professional Associations:

World Association of Detectives, Inc. W.A.D. Established 1925

Texas Assn. of Licensed Investigators TALI Founded 1971

Florida Association of Licensed Investigators FALI Since 1994 Member

California Association of Licensed Investigators Inc. CALI Truth Justice

GBA

Association of Certified Fraud Examiners CFE

## Forensic Software:

CIPHERTRACE

Chainalysis

BLOCKCHAIN INTELLIGENCE GROUP

# 2. Scope of the Investigation

- The investigation involves the identification and tracing of cryptocurrency wallet addresses through transactions on a blockchain until a transaction involving a wallet's address owned by a Virtual Asset Service Provider (VASP) such as an exchange is identified.
- Each transaction may have multiple inputs and outputs. The most suitable output chosen for each transaction is determined by using established tracing methodology to reveal the most likely path to a relevant VASP. CNC most often employs the highest out, also know as TIHO method, discussed in the "Important Terminology" section of the report.
- Once a VASP is identified, law enforcement can request KYC (Know Your Customer) information collected by the exchange to obtain the identity and location of the targets.
- When applicable, Open-source intelligence (OSINT) is gathered, and the data analyzed to produce actionable intelligence to assist in identifying the target(s).

# 3. Executive Summary

According to the information provided by Maoying Song and analyzed by CNC Intelligence Inc. Maoying Song was the victim of a fraudulent property crime which resulted in a financial loss equivalent to approximately $210,407.

- CNC Intelligence's investigation team traced the movement of cryptocurrency assets originating from Maoying Song's wallet.
- Through forensic analysis, CNC Intelligence Inc. has identified the information needed to ascertain the identity of the suspect.
- CNC Intelligence Inc. has prepared letters to contact the identified entities who, upon request from law enforcement or a court order, should provide the names and location of the suspects in this case.
- This report includes a detailed technical analysis of the movement of the assets and thorough explanation of the findings reached by forensic examination of the transactions provided by the client.
- CNC Intelligence uses both Open and Closed Source Intelligence.
- CNC Intelligence's team is available to assist law enforcement and the public prosecutor's office with this case, upon request at.

**Summary of Events**

We received a list of transactions that were initiated in June and July 2023 to send digital payments to suspected fraudulent organizations using the names cbpromaxtrade.com and cbsunmax.com.

Based on the information we received from the client, we calculated a loss of 202,615.71 USDT and 4.165 ETH. This sum is approximately equivalent to the US dollar amount of $210,407.

We conducted five traces and tracked the movement of cryptocurrency to three exchanges or VASPs (Virtual Asset Service

Providers), known as Binance, Coinhako, and Crypto.com. An exchange functions much like a bank for cryptocurrency.

All transactions are timestamped according to the time they are recorded in the blockchain. For consistency, all timestamps in this report are listed in Universal Time Coordinated (UTC) unless otherwise noted.

According to our forensic analysis, eight significant transfers to an exchange were identified and are detailed in this report. The most likely outcome is an exchange for US Dollars or other government-issued currency.

We recommend that the identified exchanges be contacted and sent a request for the KYC (Know Your Customer) information of the beneficiaries of the relevant cryptocurrency transactions. KYC is a process of identifying and verifying the identity of customers to prevent money laundering and other financial crimes.

We remain available to assist law enforcement and can provide additional information as needed upon request.

**Ivan Bankov**

**Certified Cryptocurrency Investigator**

**CNC Intelligence Inc.**

# 4. Recommendations

The assistance of Law Enforcement or a court order will be required for the following actions.

## 4.1 Entities Identified

- VASP 1 – Binance
  - Binance has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
    - Freeze and seize the assets
    - Provide KYC to Law Enforcement
  - Refer to Letter A attached for additional details.

- VASP 2 – Coinhako
  - Coinhako has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
    - Freeze and seize the assets
    - Provide KYC to Law Enforcement
  - Refer to Letter B attached for additional details.

- VASP 3 – Crypto.com
  - Crypto.com has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
    - Freeze and seize the assets
    - Provide KYC to Law Enforcement
  - Refer to Letter C attached for additional details.

- Namecheap, Inc.
  - Namecheap, Inc. was identified as the Registrar for the URLs cbpromaxtrade.com and cbsunmax.com.

    - Refer to Letter D attached for additional details and subpoena information.

- Cloudflare, Inc.
    - Cloudflare, Inc. was identified as the Nameserver and as the ISP for the IP addresses for the URLs cbpromaxtrade.com and cbsunmax.com.
    - Refer to Letter E attached for additional details and subpoena information.

- BANDWIDTH.COM CLEC, LLC
    - BANDWIDTH.COM CLEC, LLC was identified as the carrier of the telephone number +1(213)421-3478.
    - Refer to Letter F attached for additional details and subpoena information.

# OSINT Analysis

# 5. Open-Source Analysis

This section provides an overview using open-source intelligence of preliminary findings regarding targets involved in fraudulent activities. The investigation focused on identifying the location and activities of the targets, as well as determining ownership of the domain associated with their operations.

## 5.1 Current DNS, ISP, MX Information

### 5.1.1 cbpromaxtrade.com

Registrar: Namecheap, Inc.

Nameserver: gloria.ns.cloudflare.com; harvey.ns.cloudflare.com – hosted by Cloudflare, Inc.

MX: No MX (Mail Exchange) records were recovered.


cbpromaxtrade.com
whois information
Whois | DNS Records | Diagnostics

cache expires in 23 hours, 58 minutes and 9 seconds

**Registrar Info**

| | |
|---|---|
| Name | NAMECHEAP INC |
| Whois Server | whois.namecheap.com |
| Referral URL | http://www.namecheap.com |
| Status | clientTransferProhibited https://icann.org/epp#clientTransferProhibited |

**Important Dates**

| | |
|---|---|
| Expires On | 2024-03-14 |
| Registered On | 2023-03-14 |
| Updated On | 0001-01-01 |

**Name Servers**

| | |
|---|---|
| gloria.ns.cloudflare.com | 162.159.38.16 |
| harvey.ns.cloudflare.com | 162.159.44.152 |

cbpromaxtrade.com
DNS information
Whois | DNS Records | Diagnostics

DNS Records for cbpromaxtrade.com
cache expires

| Hostname | Type | TTL | Priority | Content |
|---|---|---|---|---|
| cbpromaxtrade.com | SOA | 1800 | | gloria.ns.cloudflare.com dns@cloudflare.com 2328282982 10000 2400 604800 1800 |
| cbpromaxtrade.com | NS | 21600 | | gloria.ns.cloudflare.com |
| cbpromaxtrade.com | NS | 21600 | | harvey.ns.cloudflare.com |
| www.cbpromaxtrade.com | A | 300 | | 172.67.185.146 |
| www.cbpromaxtrade.com | A | 300 | | 104.21.36.48 |
| www.cbpromaxtrade.com | AAAA | 300 | | 2606:4700:3036::ac43:b992 |
| www.cbpromaxtrade.com | AAAA | 300 | | 2606:4700:3031::6815:2430 |

ISP for the IP address of the domain (cbpromaxtrade.com): Cloudflare, Inc.

| IP Address Reputation & Risk Details: | |
|---|---|
| Country: | US |
| City: | San Francisco |
| Region: | California |
| Hostname: | 104.21.36.48 |
| ISP | Cloudflare |
| Organization | Cloudflare |
| ASN | 13335 |
| Proxy Status: | true |
| VPN Status: | true |
| TOR Status: | false |
| Fraud Score | 93<br>75+ = suspicious \| 85+ = risky \| 90+ = high risk |
| Abuse Velocity: | low |
| Recent Abuse: | true |
| Bot Activity: | false |
| Connection Type: | Data Center |
| Time Zone | America/Los_Angeles |
| Request ID | Kz5eCNhlxa |

### 5.1.2 cbsunmax.com

Registrar: Namecheap, Inc.

Nameserver: gloria.ns.cloudflare.com; harvey.ns.cloudflare.com – hosted by Cloudflare, Inc.

MX: No MX (Mail Exchange) records were recovered.

## cbsunmax.com

whois information

Whois | DNS Records | Diagnostics

cache expires in 23 hours, 55 minutes and 55 seconds

### Registrar Info

| | |
|---|---|
| Name | NAMECHEAP INC |
| Whois Server | whois.namecheap.com |
| Referral URL | http://www.namecheap.com |
| Status | clientTransferProhibited https://icann.org/epp#clientTransferProhibited |

### Important Dates

| | |
|---|---|
| Expires On | 2024-04-14 |
| Registered On | 2023-04-14 |
| Updated On | 0001-01-01 |

### Name Servers

| | |
|---|---|
| gloria.ns.cloudflare.com | 162.159.38.16 |
| harvey.ns.cloudflare.com | 162.159.44.152 |

## cbsunmax.com

DNS information

Whois | DNS Records | Diagnostics

### DNS Records for cbsunmax.com

cache expi

| Hostname | Type | TTL | Priority | Content |
|---|---|---|---|---|
| cbsunmax.com | SOA | 1800 | | gloria.ns.cloudflare.com dns@cloudflare.com 2332489832 10000 2400 604800 1800 |
| cbsunmax.com | NS | 21600 | | gloria.ns.cloudflare.com |
| cbsunmax.com | NS | 21600 | | harvey.ns.cloudflare.com |
| www.cbsunmax.com | A | 300 | | 172.67.143.29 |
| www.cbsunmax.com | A | 300 | | 104.21.54.228 |
| www.cbsunmax.com | AAAA | 300 | | 2606:4700:3033::ac43:8f1d |
| www.cbsunmax.com | AAAA | 300 | | 2606:4700:3030::6815:36e4 |

ISP for the IP address of the domain (cbsunmax.com): Cloudflare, Inc.

| IP Address Reputation & Risk Details: | |
|---|---|
| Country: | US |
| City: | San Francisco |
| Region: | California |
| Hostname: | 104.21.54.228 |
| ISP | Cloudflare |
| Organization | Cloudflare |
| ASN | 13335 |
| Proxy Status: | true |
| VPN Status: | true |
| TOR Status: | false |
| Fraud Score | 93<br>75+ = suspicious \| 85+ = risky \| 90+ = high risk |
| Abuse Velocity: | low |
| Recent Abuse: | true |
| Bot Activity: | false |
| Connection Type: | Data Center |
| Time Zone | America/Los_Angeles |
| Request ID | Kz5p0blKxb |

## 5.2 Domain Map

### 5.2.1 cbsunmax.com

Following the DNS addresses leads to one geolocation: the USA. We have detected a Virtual Private Network (VPN) or proxy therefore Geolocation may not be accurate.



## 5.3 Relationship with other Websites

### 5.3.1 cbpromaxtrade.com




env-dev.com
188.114.97.1
test.engquest.org.au
188.114.97.1
enhanced-smiles.com
188.114.97.1
eosrate.io
188.114.97.1
energyscape.co.nz
188.114.97.1
energyscape.org.nz
188.114.97.1
enron.me
188.114.97.1
enf.co.th
188.114.97.1
enhancedaluminum.com
188.114.97.1
episferca.com
188.114.97.1
epostakeaway.com
188.114.97.1
engelpekar.ru
188.114.97.1
enteteatrale.it
188.114.97.1
enriquemeneses.com
188.114.97.1
entrepreneurguy.org
188.114.97.1
rtcreations.fr
188.114.97.1
ruarealty.com
188.114.97.1
sanderdatema.nl
188.114.97.1
sap-law.com
188.114.97.1
sarahbraun.at
188.114.97.1
sexshopemmen.nl
188.114.97.1
signsnowerie.com
188.114.97.1
silvertails.net
188.114.97.1
spaziosanpa.com
188.114.97.1
specifi.co.uk
188.114.97.1
spiritofirelandtravel.com
188.114.97.1
sportingshootermag.com.au
188.114.97.1
studiomellatuzzato.it
188.114.97.1
symbio.cz
188.114.97.1
tagglabs.in
188.114.97.1
gotpvp.com
104.21.36.48
couponofday.com
188.114.97.3
dereksblahg.net
188.114.97.3
dietaryprosinc.com
188.114.97.3
eyggrup.com
188.114.97.3
formulaf1.es
188.114.97.3




### 5.3.2 cbsunmax.com



## 5.4 Technical Checks performed on February 14, 2024 for;

### 5.4.1 cbpromaxtrade.com

| Check Performed | Result Found | First Detected | Last Detected | Description | Recommendation for Subpoena |
|---|---|---|---|---|---|
| CBPROMAXTRADE.COM | | | | | |
| Widgets | MetaMask Blacklist | Jun-23 | Jan-24 | Blacklisted by MetaMask | Not Relevant |
| Content Delivery Network | Cloudflare | Mar-23 | Oct-23 | Utilizing Cloudflare CDN | Not Relevant |
| SSL Certificates | SSL by Default | Mar-23 | Oct-23 | Default SSL certificate in use | Not Relevant |
| SSL Certificates | Cloudflare SSL | Mar-23 | Oct-23 | SSL certificate by Cloudflare | Not Relevant |
| Web Hosting Providers | U.S. Server Location | Jan-24 | Jan-24 | Hosting server located in the US | Not Relevant |

| Check Performed | Result Found | First Detected | Last Detected | Description | Recommendation for Subpoena |
|---|---|---|---|---|---|
| Web Hosting Providers | Cloudflare Hosting | Mar-23 | Jan-24 | Hosted on Cloudflare servers | Not Relevant |
| Web Hosting Providers | Cloudflare Network Error Logging | Mar-23 | Oct-23 | Error logging by Cloudflare | Not Relevant |
| Name Server | Cloudflare DNS | Mar-23 | Jan-24 | Utilizing Cloudflare DNS | Not Relevant |
| Verified CDN | Cloudflare CDN | Mar-23 | Oct-23 | Verified CDN by Cloudflare | Not Relevant |
| Registrar Services | NameCheap Registrar | Mar-23 | Mar-24 | Registered with NameCheap | Not Relevant |

### 5.4.2 cbsunmax.com

| Check Performed | Result Found | First Detected | Last Detected | Description | Recommendation for Subpoena |
|---|---|---|---|---|---|
| CBSUNMAX.COM | | | | | |
| Widgets | MetaMask Blacklist | Aug-23 | Jan-24 | Blacklisted by MetaMask | Not Relevant |
| Content Delivery Network | Cloudflare | Apr-23 | Oct-23 | Utilizing Cloudflare CDN | Not Relevant |
| SSL Certificates | SSL by Default | Apr-23 | Oct-23 | Default SSL certificate in use | Not Relevant |
| Web Hosting Providers | Cloudflare Hosting | Apr-23 | Jan-24 | Hosted on Cloudflare servers | Not Relevant |
| Web Hosting Providers | Cloudflare Network Error Logging | Apr-23 | Oct-23 | Error logging by Cloudflare | Not Relevant |

| Check Performed | Result Found | First Detected | Last Detected | Description | Recommendation for Subpoena |
|---|---|---|---|---|---|
| Name Server | Cloudflare DNS | Apr-23 | Jan-24 | Utilizing Cloudflare DNS | Not Relevant |
| Verified CDN | Cloudflare CDN | Apr-23 | Oct-23 | Verified CDN by Cloudflare | Not Relevant |
| Registrar Services | NameCheap Registrar | Apr-23 | Apr-24 | Registered with NameCheap | Not Relevant |

## 5.5 Phone Number

+1(213)421-3478

VOIP: Yes
Carrier: BANDWIDTH.COM CLEC, LLC

| Phone Number Details: | |
|---|---|
| Formatted: | **+12134213478** |
| Local Format: | **(213) 421-3478** |
| Valid: | true |
| Active: | true<br>Contact our support team to enable enhanced line activation checks, which determine if a phone number is disconnected or reachable. |
| Fraud Score: | 85 |
| Recent Abuse: | false |
| VOIP: | true |
| Prepaid: | false |
| Risky: | true |
| Name: | N/A |
| Associated Emails: | |
| Carrier: | BANDWIDTH.COM CLEC, LLC |
| Line Type: | VOIP |
| User Activity: | Enterprise L4+ required. |
| Leaked Online: | false |
| Spammer: | false |
| Country: | US |
| City: | LOS ANGELES |
| Region: | CA |
| Zip Code: | 90079 |
| Timezone: | America/Los_Angeles |
| Dialing Code: | 1 |
| Active Status (Enhanced Lookup): | N/A<br>Contact our support team to enable enhanced line activation checks. |
| Request ID: | Kz6JG3mdan |

## 5.6 Email Addresses

thomasjohnso2409@gmail.com

| Email Address Validation & Reputation Details: | |
|---|---|
| Email Analysis: | Valid Email |
| Disposable: Temporary and throwaway mail servers commonly used by fraudsters and abusive users. | false |
| First Name: | Thomas |
| Generic/Role Based Account: | false |
| Common Email Provider: Popular personal email services like gmail, yahoo, hotmail, etc. | true |
| Spam Trap Score: Estimation of the email as a spam trap. Scrub values with "high" from your marketing lists to avoid deliverability issues. | none |
| Frequent Complainer: Detects if this email frequently unsubscribes from marketing lists or reports email as SPAM. | false |
| Suspect Result: These results may indicate if the mail server treats all email addresses on this domain as valid. Valid results for this domain may not be accurate. | false |
| Recent Abuse: Has this email recently engaged in fraudulent activity across our network? Such as chargebacks, ATO, fake accounts, phishing, spam, etc. | false |
| Fraud Score: Overall risk analysis score (0 to 100) based on recent behavior, reputation, and machine learning. Values = 100 indicate confirmed fraud. | 45<br>75+ = suspicious \| 85+ = risky \| 90+ = high risk |
| Catch All: Indication if an email is likely to be a catch all. | false |
| Data Leak: Signals if the email address has been exposed in a data breach. | false |
| User Activity: Measures legitimate behavior for this email including purchases, account registrations, and natural online activity. | Enterprise L4+ required. |
| First Seen: First time IPQS analyzed this email address. | just now |
| Domain Age: Newly registered domains are often used by fraudsters & bots. | 29 years ago |
| Domain Velocity: How frequently legitimate users interact with the domain online. | high |
| Suggested Domain: Indication if an email's domain may be a typo. Suggests a popular mail service domain to correct the typo. | N/A |
| SMTP Score: -1 = invalid \| 0 = mail server rejecting mail \| 1 = temporary rejection error \| 2 = catch all server \| 3 = verified email. | 3 |
| Overall Score: 0 = invalid \| 1 = DNS valid, unreachable server \| 2 = temporary rejection error \| 3 = catch all server \| 4 = verified email. | 4 |
| MX Records: A list of associated MX Records. | gmail-smtp-in.l.google.com<br>alt1.gmail-smtp-in.l.google.com<br>alt4.gmail-smtp-in.l.google.com<br>alt3.gmail-smtp-in.l.google.com<br>alt2.gmail-smtp-in.l.google.com |

# 6. Initial Transaction Overview

## 6.1 All Initial Digital Transactions-Cryptocurrency

| Date | Transaction Hash | Initial Receiving Address Name | Initial Receiving Address | Amount Sent* | USD | Trace | Page |
|---|---|---|---|---|---|---|---|
| June 09, 2023 | 0x22c5a2fc1985425a2c8c4bc7083970ac4d00e5d51492b5a595f470e5d2cd1b17 | Address a1 | 0xc47d351f2e89e72f150fc63ec65ea2445bab68c6 | 48,705 USDT | $48,759 | A | 30 |
| June 20, 2023 | 0xae510dcaa84fdbf995f80449334fa8d4a3911f0f880dd0417f493e55d33d5303 | Address a1 | 0xc47d351f2e89e72f150fc63ec65ea2445bab68c6 | 48,707.64 USDT | $48,565 | B | 35 |
| June 27, 2023 | 0x8ce2ce1571b068bc11277c6b1cd65b36b22df2b42358e671d134015ea7cd1eee | Address a1 | 0xc47d351f2e89e72f150fc63ec65ea2445bab68c6 | 24,392.35 USDT | $24,398 | B | 35 |
| June 30, 2023 | 0x411b4ecf7c04abb9d21ea65d56b2cc6924590406de825dcdbf5602df913af87c | Address a1 | 0xc47d351f2e89e72f150fc63ec65ea2445bab68c6 | 22,443.58 USDT | $22,449 | B | 35 |
| June 28, 2023 | 0x23ec01f90621eeea259820a2642463798f4186b68184eb6b5147d2132cd14c51 | Address a1 | 0xc47d351f2e89e72f150fc63ec65ea2445bab68c6 | 30,000 USDT | $30,011 | C | 45 |
| July 14, 2023 | 0x89af263ec1a3610d5d5b642708239327a92af41a59a5726df04c19fcace3250a | Address d1 | 0x7c5a3a277b5576fa24dcfab90ddfc92c813da1e3 | 4,876.25 USDT | $4,867 | D | 47 |
| July 14, 2023 | 0x6ad4aa0e6ca9995796d39c1ae68860ef923a34d27c514209907c68579062df71 | Address a1 | 0xc47d351f2e89e72f150fc63ec65ea2445bab68c6 | 19,510.89 USDT | $19,474 | E | 50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| July 19, 2023 | 0xd98e0c4f5423aa60f2ca0aee11af1905fd21a6aa94e3950541093a958fec9a5a | Address a1 | 0xc47d351f2e89e72f150fc63ec65ea2445bab68c6 | 3,980 USDT | $3,980 | E | 50 |
| July 19, 2023 | 0x1c379c55b9fd67491726ad2f940301b31d560457d93d39f45089c8f8f686206f | Address a1 | 0xc47d351f2e89e72f150fc63ec65ea2445bab68c6 | 4.165 ETH | $7,904 | E | 50 |

| | |
|---|---|
| **TOTAL CONFIRMED TRANSFERS** | **202,615.71 USDT**<br>**4.165 ETH** |

*All amounts are rounded to the 5th decimal place

**Exchange rates are based either on the documentation provided by the client or the exchange rate at the close of the transaction date.

# Cryptocurrency Traces



# 7. Summary of VASP Addresses

The table "Significant Transfers to VASP" summarizes the transfer of assets that it appears were received by the suspected target based on our forensic analysis. CNC recommends that the relevant exchanges be sent requests for KYC information for the beneficiary of these transactions.

## 7.1 Significant Transfers to VASP

| Date | Sending Address | Transaction Hash | Amount | VASP Receiving Address | VASP | Trace | Page |
|---|---|---|---|---|---|---|---|
| September 06, 2023 | 0xf89d38dfd78c5178f0e296d7b36664ae56a9cf1d | 0x5ce3a2ac068f5ac94f4de22cf4d5610a7e3ad48dffb0af885037d48a3f2bf398 | 1,600,000 USDT | 0x0761c615184427bfa06407a2774da966a1a6db01 | Binance | A | 30 |
| July 17, 2023 | 0x55d9c8606fb10f4ca459b4e001e042ac35a4b37e | 0x126eba00f95d270b82f0013adbf617ffa2f3537ff1b7eb8681e6c7cc178ccafb | 6,504,455.196 USDT | 0xe0d6b179c9840834dc45b6644deaca1e9c36101f | Coinhako | B | 35 |
| July 17, 2023 | 0xe0d6b179c9840834dc45b6644deaca1e9c36101f | 0xcf4a98943b6a82f96d8be185eb1f3adc39dd61a03f6d7fd55b67c40f46f51b6d | 6,489,532.56 USDT | 0xa29e963992597b21bcdcaa969d571984869c4ff5 | Coinhako Hotwallet | B | 35 |
| June 28, 2023 | 0xc47d351f2e89e72f150fc63ec65ea2445bab68c6 | 0x4fd16be048395c28e4b9103be6eff627f7441f39fc6751a0255bae8725cc05f5 | 30,001.99 USDT | 0xe384b08e8a5a2296f9c5d4db38f7aa45be83d7b5 | Crypto.com | C | 45 |
| June 28, 2023 | 0xe384b08e8a5a2296f9c5d4db38f7aa45be83d7b5 | 0x365caa38edc03655eb334d1108be43f855f10f13857acc36e9898a3ff02d7b5f | 30,001.99 USDT | 0xf3b0073e3a7f747c7a38b36b805247b222c302a3 | Crypto.com Hotwallet | C | 45 |
| July 14, 2023 | 0xfc15f45f393193e9951313fc2c9e08280343ff1a | 0x7fcbbeb2496c8c91f025c42a20e0f674519c201889ccdeeb87ced6283b9b71c3 | 2,000 USDT | 0xe384b08e8a5a2296f9c5d4db38f7aa45be83d7b5 | Crypto.com | D | 47 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| July 16, 2023 | 0xe384b08e8a5a2296f9c5d4db38f7aa45be83d7b5 | 0x1e9fed3fa1a8dee95b57e7ab56b0f6c1809cd1cddead821960d0e54cd851c483 | 2,000 USDT | 0xe384b08e8a5a2296f9c5d4db38f7aa45be83d7b5 | Crypto.com Hotwallet | D | 47 |
| July 29, 2023 | 0x0e125b3a99bcbe89ea60a0b0f37d9e1b80ce9bce | 0x654cb36a5d9ce332c8d075d9806525a5c4683d18e23132fa14e51d5f10f7f32e | 52,350 USDT | 0xb9081e545401ba359addca369bb8e2f06cba23fa | Binance | E | 50 |
| July 30, 2023 | 0xcb847eeaa55064d8408b2e101d0d3f846e150fcc | 0x7542330ae25aa5ba909672de4c6a6d9f0b3897007170cdbf0f8fe19a9e4e7083 | 79,995 USDT | 0xfc104a92b537bc912ead1228c0a8067b5c6ecbc6 | Binance | E | 50 |
| July 30, 2023 | 0xcb847eeaa55064d8408b2e101d0d3f846e150fcc | 0x8b7f6cc0e6981f42baec2f434842e3ff903f81745fa87caea1f63fc9fd1555ca | 66,653 USDT | 0x06e9f3093c2c0ead8873d7cef34aad6c6c8679cb | Binance | E | 50 |
| July 30, 2023 | 0xcb847eeaa55064d8408b2e101d0d3f846e150fcc | 0xbd9f1efdc7540b7591c4353b9f69c0ad2730912d51588a2719a69859511e32dd | 79,996 USDT | 0xc1f701b31ea360b59d5d5f450b9377fdb3815165 | Binance | E | 50 |

*Highlighted rows signify an exchange "hotwallet" which may not give a particular individual's identifying info, therefore the transaction prior to the final transfer to VASP is included in the table and in the Letter to VASP.

# 8. Trace A

## 8.1 Overview of Trace A

An initial amount of 48,705 USDT was sent over eight transactions and 1,600,000 USDT was received by an address in a Binance wallet.




## 8.2 List of Transactions

**Transaction 1**

The initial transaction was made on June 09, 2023, at 14:18. 48,705 USDT was sent via

0x22c5a2fc1985425a2c8c4bc7083970ac4d00e5d51492b5a595f470e5d2cd1b17 (**Hash A1**)

to 0xc47d351f2e89e72f150fc63ec65ea2445bab68c6 (**Address a1**).




**Transaction 2**

On June 09, 2023, at 14:30, 50,640 USDT was sent from **Address a1** via

0x686283e639b3634c6af3a4efc494e36a5df3208ad215cad9a08deaf7c5134f0e (**Hash A2**)

to 0xd02b7e8a8f7fc2a984df57af7f67f2f99b31b599 (**Address a2**).




**Transaction 3**

On June 20, 2023, at 19:14, 79,506.33175 USDT was sent from **Address a2** via

0x412a255823f695c5e384f37c902152e6f01aef82598185e9e124e44f7f0c4f4d (**Hash A3**)

to 0x9a9a0a463b1d6d3754b9cea0dc1859483d8ac9bc (**Address a3**).




**Transaction 4**

On June 20, 2023 at 19:35, 450,000 USDT was sent from **Address a3** via

0xd904dfb1884ccef4ee4a1dc268b8ca6113080fa904cb404c58b79bc4d441e9f5 (**Hash A4**)

to 0x0e125b3a99bcbe89ea60a0b0f37d9e1b80ce9bce (**Address a4**).




**Transaction 5**

On June 20, 2023, at 20:08, 200,000 USDT was sent from **Address a4** via

0x2cd34a02c2df1f486c5d668e83acb9b80c32f14bcdb73b8b95caeac607360f98 (**Hash A5**)

to 0x80342c82daad26bf874a0da781b62847da929da3 (**Address a5**).




**Transaction 6**

On June 22, 2023, at 09:15, 800,000 USDT was sent from **Address a5** via

0x14317fffdd1bbde3b14bee890912cafe7e59d70d899c4ad25e504420b8adf84a (**Hash A6**)

to **Address a4**.




**Transaction 7**

On June 22, 2023, at 09:21, 861,303 USDT was sent from **Address a4** via

0x7aaf38688ea83a3863ff6e0047f37cb25acb103421a5f976de20765f3d23d27b (**Hash A7**)

to 0x10099c106805d68c24fa9c64f3a1247f743c081b (**Address a6**).




**Transaction 8**

On June 22, 2023, at 09:26, 859,895 USDT was sent from **Address a6** via

0xc53add65c4b7412a098165418ab8c9443a268663daa0cd006ee079bddaf069d2 (**Hash A8**)

to 0xf89d38dfd78c5178f0e296d7b36664ae56a9cf1d (**Address a7**).




**Transaction 9**

On September 06, 2023, at 05:34, 1,600,000 USDT was sent from **Address a7** via

0x5ce3a2ac068f5ac94f4de22cf4d5610a7e3ad48dffb0af885037d48a3f2bf398 (**Hash A9**)

to 0x0761c615184427bfa06407a2774da966a1a6db01 (**VASP 1, Address a8**) in a Binance wallet.



# 9. Trace B

## 9.1 Overview of Trace B

Three initial amounts of 48,707.64 USDT, 24,392.35 USDT, and 22,443.58 USDT were sent over twenty-two transactions and 6,489,532.56 USDT was received by an address in a Coinhako wallet.




## 9.2 List of Transactions

**Transaction 1**

The first initial transaction was made on June 20, 2023, at 22:13. 48,707.64 USDT was sent via

0xae510dcaa84fdbf995f80449334fa8d4a3911f0f880dd0417f493e55d33d5303 (**Hash B1**)

to **Address a1**.




**Transaction 2**

The second initial transaction was made on June 27, 2023, at 18:50. 24,392.35 USDT was sent via

0x8ce2ce1571b068bc11277c6b1cd65b36b22df2b42358e671d134015ea7cd1eee (**Hash B2**)

Case 6:24-cv-00809-JSS-NWH Document 12-1 Filed 06/07/24 Page 37 of 69 PageID 248



to **Address a1**.




**Transaction 3**

The third initial transaction was made on June 30, 2023, at 16:13. 22,443.58 USDT was sent via

0x411b4ecf7c04abb9d21ea65d56b2cc6924590406de825dcdbf5602df913af87c (**Hash B3**)

to **Address a1**.




**Transaction 4**

On June 20, 2023, at 22:22, 48,700 USDT was sent from **Address a1** via

0xc4428b8227a71e2134771036ca9185ed955feb17e7bdf2f43606795f4a43cb06 (**Hash B4**)

to **Address a3**.




**Transaction 5**

On June 27, 2023, at 19:00, 24,398 USDT was sent from **Address a1** via

0x3464be1a6f33cf114b54a9404127b9d5cd32dc154d8c01099498ddb9542a87b3 (**Hash B5**)

to 0x14f8e0610dc41d6cc5e18ea181beb8451ccde300 (**Address b1**).




**Transaction 6**

On June 30, 2023, at 16:22, 22,440 USDT was sent from **Address a1** via

0x9aae64cc153b8f07a56316f0f0416978e593fb738e3133746a29a82ffad8d69a (**Hash B6**)

to **Address b1**.



**Transaction 7**

On July 02, 2023, at 06:22, 156,963.4864 USDT was sent from **Address a3** via

0xaf335c82efb32e743e1aeb9e123b3033af10a4eb72589fb628047ce7edd22157 (**Hash B7**)

to **Address b1**.




**Transaction 8**

On July 02, 2023, at 06:30, 500,000 USDT was sent from **Address b1** via

0x0868b2b716fe35a8ec2f02488b2ce8a0acfab67527618a9cd07fd92e622c9fe5 (**Hash B8**)

to **Address a4**.




**Transaction 9**

On July 02, 2023, at 09:40, 353,894 USDT was sent from **Address a4** via

0x876d8e20144e9d874190bb882cd4d30fa5b03fc759fd0dfd92845bee63db4079 (**Hash B9**)

to 0x85505fbd747a475c62fe5ea21606b86bc1a8a67a (**Address b2**).




**Transaction 10**

On July 02, 2023, at 09:50, 353,894 USDT was sent from **Address b2** via

0x22bdc8b8c4634a90249604fff9871068064600f7ede8b13d84fb6591014f64b7 (**Hash B10**)

to 0xda187a2fe728cc5fecd5828bbe1a78e7f80d095f (**Address b3**).




**Transaction 11**

On July 02, 2023, at 11:04, 316,000 USDT was sent from **Address b3** via

0x32a3c1d36267e1a761dcddc0f4935000c434ec222b523c12d635bdde9ca64b16 (**Hash B11**)

to 0x9d3526812bb06bda91a4cbeb7a1422d37d41457b (**Address b4**).



**Transaction 12**

On July 03, 2023, at 06:06, 473,000 USDT was sent from **Address b4** via

0x324363c44f204ab21c4ae7151fb6c4076e7049859c9d093f24ca71ff8bb59501 (**Hash B12**)

to 0x529b1e9f3f96409c46793f00e40bca8124f228d6 (**Address b5**).




**Transaction 13**

On July 03, 2023, at 07:18, 495,300 USDT was sent from **Address b5** via

0x45d5cfc2cc18a33d235f1f9fa9ef0d182569f9f49b6b55614af3fd56119a902a (**Hash B13**)

to 0xcc233a3e46f711cc07d4d7814d5aafbe5e7a719a (**Address b6**).




**Transaction 14**

On July 03, 2023, at 07:21, 595,300 USDT was sent from **Address b6** via

0x5f4b3737761843dcf797501c1095448ff70da458b20a8856275c325f5792b6ff (**Hash B14**)

to 0x8ccc07c7042816bd767d2445e9367de343e6f794 (**Address b7**).




**Transaction 15**

On July 03, 2023, at 07:48, 595,200 USDT was sent from **Address b7** via

0x7efe7b261d14a3b4736b90a82bafdbf42fbc5b949ef302a98c1eeba11d4c5d9f (**Hash B15**)

to 0xbb213d891d9dcc7717a10b01e51b21f586fad9c9 (**Address b8**).




**Transaction 16**

On July 04, 2023, at 04:06, 1,126,000 USDT was sent from **Address b8** via

0x17cabb042297ef1a0a5f2c422c9df6f87d210aa5f51d72c50038dc448b83fd8b (**Hash B16**)

to 0x9ba3abf1abc16c07891c5261d4789272fd38e8f3 (**Address b9**).




**Transaction 17**

On July 04, 2023, at 04:35, 1,118,466 USDT was sent from **Address b9** via

0x49aef3ec48e0ada647c9c6c4c9701b87909d6f0b06221b3b52cc04e937abf220 (**Hash B17**)

to 0xc6aba13fcc854f474665b4d6a15f912f1527cdd4 (**Address b10**).




**Transaction 18**

On July 04, 2023, at 13:44, 1,118,566 USDT was sent from **Address b10** via

0xff4090b1c7bc9c912469e19ecf19576a937b60ed907c48beae68fd3b8055e04d (**Hash B18**)

to 0x9a1805528263e39fcab8d3ec76550b8ea701f75e (**Address b11**).




**Transaction 19**

On July 04, 2023. at 13:46, 195,375.32 USDT was sent from **Address b11** via

0x42c670c4490a27ef55a0926258beb4c35091eee1ad59d2b9f847810a644a9375 (**Hash B19**)

to 0x2f82fa5ee87d7cd47eb61226d29fc7e7cbb8184a (**Address b12**).



**Transaction 20**

On July 14, 2023, at 19:59, 1,982,673 USDT was sent from **Address b12** via

0x83a867f53a35cebf023689501abd892c83f8ab8269752b563c1efb59d6ac60d5 (**Hash B20**)

to 0x55d9c8606fb10f4ca459b4e001e042ac35a4b37e (**Address b13**).




**Transaction 21**

On July 17, 2023, at 07:52, 6,504,455.196 USDT was sent from **Address b13** via

0x126eba00f95d270b82f0013adbf617ffa2f3537ff1b7eb8681e6c7cc178ccafb (**Hash B21**)

to 0xe0d6b179c9840834dc45b6644deaca1e9c36101f (**Address b14**).




**Transaction 22**

On July 17, 2023, at 08:25, 6,489,532.56 USDT was sent from **Address b14** via

0xcf4a98943b6a82f96d8be185eb1f3adc39dd61a03f6d7fd55b67c40f46f51b6d (**Hash B22**)

to 0xa29e963992597b21bcdcaa969d571984869c4ff5 (**VASP 2, Address b15**) in a Coinhako wallet.


380
6,489,532.56 USDT
Jul 17, 2023, 8:25 AM (#17711776)
0xe0d6b179...101f
Address b14
81.1K
0xa29e9639...4ff5
Coinhako (Exchange)
VASP 2
Address b15

# 10. Trace C

## 10.1 Overview of Trace C

An initial amount of 30,000 USDT was sent over three transactions and 30,001.99 USDT was received by an address in a Crypto.com wallet.




## 10.2 List of Transactions

**Transaction 1**

The initial transaction was made on June 28, 2023, at 10:55. 30,000 USDT was sent via

0x23ec01f90621eeea259820a2642463798f4186b68184eb6b5147d2132cd14c51 (**Hash C1**)

to **Address a1**.




**Transaction 2**

On June 28, 2023, at 16:48, 30,001.99 USDT was sent from **Address a1** via

0x4fd16be048395c28e4b9103be6eff627f7441f39fc6751a0255bae8725cc05f5 (**Hash C2**)

to 0xe384b08e8a5a2296f9c5d4db38f7aa45be83d7b5 (**Address c1**).




**Transaction 3**

On June 28, 2023, at 17:20, 30,001.99 USDT was sent from **Address c1** via

0x365caa38edc03655eb334d1108be43f855f10f13857acc36e9898a3ff02d7b5f (**Hash C3**)

to 0xf3b0073e3a7f747c7a38b36b805247b222c302a3 (**VASP 3, Address c2**) in a Crypto.com wallet.



# 11. Trace D

## 11.1 Overview of Trace D

An initial amount of 4,876.25 USDT was sent over four transactions and 2,000 USDT was received by an address in a Crypto.com wallet.




## 11.2 List of Transactions

**Transaction 1**

The initial transaction was made on July 14, 2023, at 00:42. 4,876.25 USDT was sent via

0x89af263ec1a3610d5d5b642708239327a92af41a59a5726df04c19fcace3250a (**Hash D1**)

to 0x7c5a3a277b5576fa24dcfab90ddfc92c813da1e3 (**Address d1**).




**Transaction 2**

On July 14, 2023, at 03:33, 4,876.25 USDT was sent from **Address d1** via

0x9d7b47d6ee4a913bf89c8e7df9dc81e18a40191d4dd619b7bf29c3560759b45b (**Hash D2**)

to 0xfc15f45f393193e9951313fc2c9e08280343ff1a (**Address d2**).




**Transaction 3**

On July 14, 2023, at 03:34, 2,000 USDT was sent from **Address d2** via

0x7fcbbeb2496c8c91f025c42a20e0f674519c201889ccdeeb87ced6283b9b71c3 (**Hash D3**)

to **Address c1**.




**Transaction 4**

On July 16, 2023, at 10:39, 2,000 USDT was sent from **Address c1** via

0x1e9fed3fa1a8dee95b57e7ab56b0f6c1809cd1cddead821960d0e54cd851c483 (**Hash D4**)

to **VASP 3, Address c2** in a Crypto.com wallet.


18
0xe384b08e...d7b5
Address c1
2,000 USDT
Jul 16, 2023, 10:39 AM (#17705313)
353.3K
0xf3b0073e...02a3
Crypto.com (Exchange)
VASP 3
Address c2

# 12. Trace E

## 12.1 Overview of Trace E

Three initial amounts of 19,510.89 USDT, 3,980 USDT, and 4.165 ETH were sent over fourteen transactions and 52,350 USDT, 79,995 USDT, 66,653 USDT, and 79,996 USDT were received by four different addresses in a Binance wallet.




## 12.2 List of Transactions

**Transaction 1**

The first initial transaction was made on July 14, 2023, at 16:36. 19,510.89 USDT was sent via

0x6ad4aa0e6ca9995796d39c1ae68860ef923a34d27c514209907c68579062df71 (**Hash E1**)

to **Address a1**.




**Transaction 2**

The second initial transaction was made on July 19, 2023, at 19:34. 3,980 USDT was sent via

0xd98e0c4f5423aa60f2ca0aee11af1905fd21a6aa94e3950541093a958fec9a5a (**Hash E2**)

to **Address a1**.




**Transaction 3**

The third initial transaction was made on July 19, 2023, at 19:54. 4.165 ETH was sent via

0x1c379c55b9fd67491726ad2f940301b31d560457d93d39f45089c8f8f686206f (**Hash E3**)

to **Address a1**.




**Transaction 4**

On July 14, 2023, at 16:46, 19,510 USDT was sent from **Address a1** via

0x3503106483bcc5ce7633c785444a42ec85bc30ff44fd9da465d19ed0d381c267 (**Hash E4**)

to 0x6cbdf9a851f4aef6b5ac1ac9a773c280b8113b3d (**Address e1**).




**Transaction 5**

On July 29, 2023, at 14:26, 138,804.8935 USDT was sent from **Address e1** via

0x0e9650211a6fd5c12eccbfad0ff8dd48efa18bc8dd39a98926fdedcedee9d8c6 (**Hash E5**)

to 0xf6124ebbb761241cec7e8c7826a06c90aa102812 (**Address e2**).




**Transaction 6**

On July 19, 2023, at 21:35, 4.15 ETH was swapped for 7,785.21535 USDT via

0x7cf048a00c55a73be2da733b214a96cbe30cc9fac939eb3b3d733fab071c3d92 (**Hash E6**).




**Transaction 7**

On July 19, 2023, at 21:53, 11,769.68535 USDT was sent from **Address a1** via

0x00d56ecf9d600639683b70bc4d04901bf3c0e71638f351ff0be68bd835adc451 (**Hash E7**)

to 0x5cf91d6f946a8e97ddcefd61973bcc18f8b78ffb (**Address e3**).



**Transaction 8**

On July 29, 2023, at 14:39, 33,409.18535 USDT was sent from **Address e3** via

0x8aac5bfe74f5261d697727534e69370a0a045e3a18fd79f5a1792169c453f4bf (**Hash E8**)

to **Address e2**.




**Transaction 9**

On July 29, 2023, at 14:45, 500,000 USDT was sent from **Address e2** via

0xf7eea67068034896249599e64f13ca172e5ec470d00c0e0cb898179108265760 (**Hash E9**)

to **Address a4**.




**Transaction 10**

On July 29, 2023, at 15:57, 52,350 USDT was sent from **Address a4** via

0x654cb36a5d9ce332c8d075d9806525a5c4683d18e23132fa14e51d5f10f7f32e (**Hash E10**)

to 0xb9081e545401ba359addca369bb8e2f06cba23fa (**VASP 1, Address e4**) in a Binance wallet.




**Transaction 11**

On July 30, 2023, at 05:59, 430,000 USDT was sent from **Address a4** via

0x79964e740b8290560873ba743dfcdecb501c4baefde24a0c0b3b6f10a0ceba31 (**Hash E11**)

to 0xcb847eeaa55064d8408b2e101d0d3f846e150fcc (**Address e5**).




**Transaction 12**

On July 30, 2023, at 06:05, 79,995 USDT was sent from **Address e5** via

0x7542330ae25aa5ba909672de4c6a6d9f0b3897007170cdbf0f8fe19a9e4e7083 (**Hash E12**)

to 0xfc104a92b537bc912ead1228c0a8067b5c6ecbc6 (**VASP 1, Address e6**) in a Binance wallet.




**Transaction 13**

On July 30, 2023, at 06:14, 66,653 USDT was sent from **Address e5** via

0x8b7f6cc0e6981f42baec2f434842e3ff903f81745fa87caea1f63fc9fd1555ca (**Hash E13**)

to 0x06e9f3093c2c0ead8873d7cef34aad6c6c8679cb (**VASP 1, Address e7**) in a Binance wallet.




**Transaction 14**

On July 30, 2023, at 06:16, 79,996 USDT was sent from **Address e5** via

0xbd9f1efdc7540b7591c4353b9f69c0ad2730912d51588a2719a69859511e32dd (**Hash E14**)

to 0xc1f701b31ea360b59d5d5f450b9377fdb3815165 (**VASP 1, Address e8**) in a Binance wallet.


216
0xcb847eea...0fcc
Address e5
79,996 USDT
2023, 6:16 AM (#17804007)
265
0xc1f701b3...5165
Binance (Exchange)
VASP 1
Address e8

# Additional Contact Details

# 13. Additional Contact Details

## 13.1 VASP 1 – Binance

**Binance is a global online platform for Digital Assets trading and refers to an ecosystem comprising Binance websites, mobile applications, clients, applets and other applications that are developed to offer Binance Services. It includes independently operated platforms, websites and clients within the ecosystem (e.g. Binance's Open Platform, Binance Launchpad, Binance Labs, Binance Charity, Binance DEX, Binance X, JEX, Trust Wallet, and fiat gateways).**

**URL:** https://binance.com
**Address:** Harbour Place, 2nd Floor North Wing GEORGE TOWN, GRAND CAYMAN Cayman Islands
**Hosting Company:** Cloudflare, Inc
**Domiciled in Hong Kong.**

**Law Enforcement Portal:** **https://app.kodex.us/binance/signup**

**Contact for Compliance:**
**investigations@binance.com**

**Contact 1:**
Name: **Steven Christie (CCO)**
LinkedIn: **https://www.linkedin.com/in/steven-c-9b0aa02a**

**Contact 2:**
Name: **Changpeng Zhao (CEO)**
Email: **zhaochangpeng@binance.com**
LinkedIn: **https://www.linkedin.com/in/cpzhao**

## 13.2 VASP 2 – Coinhako.com

**Coinhako (Hako Technology Pte Ltd.), founded in 2014, is a cryptocurrency exchange platform headquartered in Singapore, that enables users to buy, sell, and trade cryptocurrencies. Coinhako also offers an OTC trading desk. They support Bitcoin, Litecoin, Ethereum, and Ripple among other cryptocurrencies.**

**URL:** https://coinhako.com
**Address:** 14 Robinson Road #08-01A Singapore 048545
**Hosting Company:** Cloudflare, Inc.
**Domiciled in Singapore.**

**Contact for Compliance:**
**hello@coinhako.com**

**Contact 1:**
Name: **Gerry Eng (Co-Founder)**
LinkedIn: **https://sg.linkedin.com/in/gerry-eng-2a089624**

**Contact 2:**
Name: **Yusho Liu (Co-Founder)**
LinkedIn: **https://sg.linkedin.com/in/yusholiu**

## 13.3 VASP 3 – Crypto.com

**Crypto.com is a pioneering payments and cryptocurrency company with a mission to accelerate the world's transition to cryptocurrency. Crypto.com is working towards this goal with its portfolio of consumer products, including the Crypto.com Wallet & Card App, the MCO Visa Card, Crypto Invest, Crypto.com Chain, as well as Crypto Credit. The Crypto.com Wallet allows users to buy, sell, and pay with cryptocurrencies, such as Bitcoin (BTC), Ethereum (ETH), Litecoin (LTC), Ripple (XRP), Binance Coin (BNB) and Crypto.com's MCO and CRO Tokens.**

**URL:** https://crypto.com
**Address:** 1 Raffles Quay (North Tower). #09-06. Singapore. 048583. Singapore

**Hosting Company:** Cloudflare Inc.

**Domiciled in Singapore.**

**Contact for Compliance:**

Email: **complaints@crypto.com**

**Contact 1:**

Name: **Kris Marszalek**

Email: **kris.marszalek@crypto.com**

Twitter: **https://twitter.com/cryptocom**

LinkedIn Page: **https://www.linkedin.com/in/krismarszalek/**

Facebook: **https://www.facebook.com/pg/CryptoComOfficial/about/**

**Contact 2:**

Name: **Gary Or**

Email: **gary@mona.co**

Twitter: **@pinglamb**

LinkedIn Page: **https://www.linkedin.com/in/pinglamb/**

# Important Terminology



# 14. Important Terminology

**Blockchain**

A blockchain is the technology underlying Bitcoin and other cryptocurrencies. It is a shared digital ledger, or a continually updated list of all transactions. This decentralized ledger keeps a record of each transaction that occurs across a fully distributed or peer-to-peer network, either public or private. A blockchain's integrity hinges on strong cryptography that validates and chains together blocks of transactions, making it nearly impossible to tamper with any individual transaction record without being detected.

**Cryptocurrency**

A cryptocurrency (or crypto currency) is a digital asset designed to work as a medium of exchange using cryptography to secure the transactions and to control the creation of additional units of the currency. Cryptocurrencies are a subset of alternative currencies, specifically digital currencies.

**Cryptocurrency Exchange**

A business that allows customers to trade cryptocurrencies or digital currencies for other assets, such as conventional fiat money or other digital currencies. An exchange can be either a "traditional" exchange or a "P2P [Peer to Peer]" Exchange.

**Cryptocurrency Values**

Equivalent cryptocurrency values in USD, CAD, or EURO are according to the closing rate of the day of transfer.

**Ethereum**

Ethereum is a blockchain platform with its own cryptocurrency, called Ether or Ethereum (ETH). It was first proposed by Russian Canadian programmer Vitalik Buterin in 2013 with the purpose to expand the utility of cryptocurrencies by allowing developers to create their own special applications. These applications based on the Ethereum blockchain are called "decentralized applications" and are self-executing thanks to the use of smart contracts. Smart contracts are code-based programs that are stored on the Ethereum blockchain and automatically carry out certain functions when predetermined conditions are met. These smart contracts form the basis of all decentralized applications (dapps) built on Ethereum, as well as all other dapps created across other blockchain platforms. As a cryptocurrency, Ethereum is second in market value only to Bitcoin, as of May 2021.

**Fiat Money**

Fiat money is a government-issued currency that is not backed by a physical commodity, such as gold or silver. Most modern currencies, such as the US dollar and Euro are fiat currencies.

**Initial Receiving Address**

The initial receiving address is the first address the crypto was transferred to from the client's address.

**Know Your Customer (KYC)**

The know your customer or know your client (KYC) guidelines in financial services requires that professionals try to verify the identity, suitability, and risks involved with maintaining a business relationship. The term can also refer to the bank regulations and anti-money laundering regulations that govern these activities. KYC processes are also employed by companies of all sizes for the purpose of ensuring their proposed customers, agents, consultants, or distributors are anti-bribery compliant, and are who they claim to be.

### Tether

Tether (USDT) was one of the first cryptocurrencies to peg its market value to a fiat currency. Originally called Realcoin, it was launched in 2014 with each token valued at $1, it was specifically designed as a bridge between fiat currencies and cryptocurrencies and offer stability, transparency, and minimal transaction chargers. Due to its dollar peg, Tether and other similar cryptocurrencies are called "stablecoins". Tether is the stablecoin with the largest market capitalization. Tether was originally built on the Omni layer of the Bitcoin blockchain, but has since expanded to other networks including Ethereum, Bitcoin Cash, TRON, EOS, and Liquid. As of February 2021, the majority of Bitcoin trading was done in USDT. Tether remains a major source of liquidity for the cryptocurrency market. Tether has been surrounded by some controversy; due to false claims the token was officially backed by the U.S dollar. Tether Ltd. is the company that is responsible for maintaining the reserve amounts of fiat currency to ensure the market value stays at $1. However, worries about whether the company, accused of a lack of transparency, has enough in reserves to back the coin have been pervasive. Tether has dropped below $1 before, according to the New York Attorney General, "Tether's claims that its virtual currency was fully backed by U.S. dollars at all times was a lie".

### Tracing Methodology

Through forensic analysis, cryptocurrency wallet addresses are identified and traced via transactions on a blockchain until a transaction is identified that involves a wallet's address owned by a Virtual Asset Service Provider (VASP) such as an exchange. Five main tracing methodologies are employed to trace the movement of cryptocurrency on the blockchain:

- **First in First Out (FIFO)**
  With the FIFO method, withdrawals from an account are deemed to be drawn against the deposits first made to it.
- **Last in First Out (LIFO)**

LIFO (Last In, First Out) reverses the order used in FIFO. Instead of the assumption that the first item that goes in is the first to go out, LIFO assumes the last item that goes in is the first to go out.

- **Poison**

  For the Poison method the rule is that any transaction output that came from either a whole, or a part of, tainted input will be considered as a tainted output. This means that the clean cryptocurrency involved in the transaction will also become tainted.

- **Haircut**

  The Haircut method is similar to the Poison method, but the Haircut method adds an additional rule: the tainted output value is based on the proportional value of the tainted input.

- **TIHO (Taint In, Highest Out)**

  In transactions that involve the mixing of clean and tainted coins, the transaction output that has highest value, that is, the address that receives the highest amount of cryptocurrency is the main purpose or target of the transaction, and that tainted inputs are the most important inputs of the transaction. It is this method that is most frequently employed by CNC Intelligence.

**Transaction Hash**

A transaction hash/id is a unique string of characters that is given to every transaction that is verified and added to the blockchain. In many cases, a transaction hash is needed in order to locate funds.

**Universal Time Coordinated (UTC) or Coordinated Universal Time**

Prior to 1972, this time was called Greenwich Mean Time (GMT) but is now referred to as Coordinated Universal Time or Universal Time Coordinated (UTC). It is a coordinated time scale, maintained by the Bureau International des Poids et Mesures (BIPM). All times listed in this report have been adjusted for UTC.

**Virtual Asset Service Provider (VASP)**

A business which conducts one or more of the following activities or operations for or on behalf of another natural or legal person: exchange between virtual assets and fiat currencies; exchange between one or more forms of virtual assets; transfer of virtual assets ("transfer" = conduct a transaction on behalf of another natural or legal person that moves a virtual asset from one virtual asset address or account to another); safekeeping and/or administration of virtual assets or instruments enabling control over virtual assets; and participation in and provision of financial services related to an issuer's offer and/or sale of a virtual asset. Sometimes called a "Digital Asset Service Provider".

**Wallet Address**

An address is a cryptographic key that "owns" cryptocurrency. This address is used to uniquely identify cryptocurrency. The person or persons who know the corresponding private key can send the cryptocurrency to any other address.

## Confidential

All information in this report is confidential and may not be shared without prior written authorization, except by law enforcement as part of an investigation.