UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAOYING SONG,

    Plaintiff,

v.                                        Case No: 6:24-cv-809-JSS-EJK

DEFENDANT 1 and JOHN DOE
DEFENDANTS 1-9,

    Defendants.
_____/

**ORDER**

    Plaintiff, Maoying Song, pursuant to Federal Rules of Civil Procedure 60(a), moves to amend the court's Order (Dkt. 20) granting Plaintiff a Temporary Restraining Order Without Notice against Defendant 1 a/k/a Thomas Johnson and his alleged accomplices John Doe Defendants 1–9 (collectively Defendants) who are the owners of various cryptocurrency deposit wallets wherein Plaintiff's allegedly stolen cryptocurrency assets were transferred. (Dkt. 53.) For the reasons set forth below, the court grants Plaintiff's request and amends the temporary restraining order.

Through expert forensic blockchain analytics tracing, Plaintiff identified the following cryptocurrency wallet addresses held at the Binance, Coinhako, and Crypto.com cryptocurrency exchanges that are believed to be owned or controlled by Defendants and used to hold the cryptocurrency assets allegedly stolen from Plaintiff:

| **Binance Wallet Addresses**: | 0x0761c615184427bfa06407a2774da966a1a6db01; 0xb9081e545401ba359addca369bb8e2f06cba23fa; 0xfc104a92b537bc912ead1228c0a8067b5c6ecbc6; 0x06e9f3093c2c0ead8873d7cef34aad6c6c8679cb; 0xc1f701b31ea360b59d5d5f450b9377fdb3815165. |
|---|---|
| **Coinhako Wallet Addresses**: | 0xe0d6b179c9840834dc45b6644deaca1e9c36101f; 0xa29e963992597b21bcdcaa969d571984869c4ff5. |
| **Crypto.com Wallet Addresses**: | 0xe384b08e8a5a2296f9c5d4db38f7aa45be83d7b5; 0xf3b0073e3a7f747c7a38b36b805247b222c302a3. |

(Dkts. 17-1 at 4 & 17-2 at 2–69.) Plaintiff requests the court amend the temporary restraining order because Plaintiff's tracing expert reevaluated the tracing results and discovered that the wallet addresses that the expert identified as located on the Coinhako exchange are actually located on the B2C2 exchange. (Dkts. 53 at 2–3 & 20 at 3.) Plaintiff represents that the wallet addresses remain the same. (Dkt. 53 at 2–3.) Plaintiff filed her tracing expert's updated report on the docket. (Dkt. 55.)

Federal Rule of Civil Procedure 60(a) permits the court to "correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). "A 'district court may act under Rule 60(a) only to correct mistakes or oversights that cause the judgment to fail to reflect what was intended at the time.'" *Phuc Quang Le v. Humphrey*, 703 F. App'x 830, 835 (11th Cir. 2017) (citing *Vaughter v. E. Air Lines, Inc.,* 817 F.2d

685, 688–91 (11th Cir. 1987)). A court is not, however, permitted to "clarify a judgment pursuant to Rule 60(a) to reflect a new and subsequent intent because it perceives its original judgment to be incorrect." *Weeks v. Jones*, 100 F.3d 124, 129 (11th Cir. 1996) (quotation omitted). Such errors that affect the substantial rights of the parties are beyond the scope of Rule 60(a) and should be dealt with under Rule 60(b). *Warner v. City of Bay St. Louis*, 526 F.2d 1211, 1212 (5th Cir. 1976) (internal citation omitted).

The court concludes that good cause exists to amend the court's Order pursuant to Rule 60(a) to correct Plaintiff's expert's mistake in identifying the wallet addresses as located on the Coinhako exchange when the wallet addresses are actually located on the B2C2 exchange. This amendment reflects Plaintiff's intention when she sought temporary injunctive relief. (Dkts. 53 at 2 & 55); *see also U.S. Sec. & Exch. Comm'n v. MCC Int'l Corp.*, No. 2:22-cv-14129-KMM, 2022 WL 22258596, at *1 (S.D. Fla. April 28, 2022) (finding good cause existed to allow modification of an ex parte temporary restraining order to preserve the status quo until the defendant receives notice of the suit).

Accordingly, the court's Order granting the Temporary Restraining Order (Dkt. 20) is **AMENDED** to apply to the wallet addresses located at the following cryptocurrency exchange companies:

| **Binance Wallet Addresses**: | 0x0761c615184427bfa06407a2774da966a1a6db01; 0xb9081e545401ba359addca369bb8e2f06cba23fa; 0xfc104a92b537bc912ead1228c0a8067b5c6ecbc6; |
|---|---|

- 4 -

|  | 0x06e9f3093c2c0ead8873d7cef34aad6c6c8679cb; 0xc1f701b31ea360b59d5d5f450b9377fdb3815165. |
|---|---|
| **B2C2 Wallet Addresses**: | 0xe0d6b179c9840834dc45b6644deaca1e9c36101f; 0xa29e963992597b21bcdcaa969d571984869c4ff5. |
| **Crypto.com Wallet Addresses**: | 0xe384b08e8a5a2296f9c5d4db38f7aa45be83d7b5; 0xf3b0073e3a7f747c7a38b36b805247b222c302a3. |

**ORDERED** in Orlando, Florida, on October 29, 2024 at 5:20 p.m.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record