**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MAOYING SONG,

Plaintiff,

v.

INFINIWEB TECHNOLOGY, INC. and
ITECHNO SPECIALIST, INC.

Case No. 6:24-cv-809-JSS-NWH

Defendants.
_______________________________/

**PLAINTIFF'S NOTICE OF SETTLEMENT NEGOTIATIONS AND REQUEST FOR STAY PENDING THE OUTCOME OF SETTLEMENT NEGOTIATIONS**

COMES NOW Plaintiff, by and through the undersigned counsel, and hereby respectfully notifies the Court that Plaintiff is engaged in productive and ongoing settlement discussions that may potentially resolve this matter. Accordingly, Plaintiff respectfully requests that the court enter a 60-day stay. In support, Plaintiff states:

1. As reflected in Plaintiff's Third Amendment Complaint, Dkt. 93, this action is closely related to a pending civil-forfeiture action before the United States District Court for the District of Columbia, *United States v. Approximately 225,364,961 USDT*, Case No. 1:25-cv-01907.

2. Plaintiff is one of 265 individual claimants in the civil-forfeiture action

3. There are productive and ongoing settlement discussions among the United States, individual claimants, and Infiniweb seeking a global resolution of the civil-forfeiture action.

3. Although a final resolution has not yet been reached, substantial progress has been made.

4. On February 21, 2026, and March 16, 2026, the court in the *In Rem* action entered stays to facilitate settlement negotiations.

5. On April 30, 2026, the court in the *In Rem* action entered an additional stay to allow settlement negotiations to continue.

6. A global resolution in the *In Rem* action would likely render further proceedings in this case unnecessary and conserve the resources of both the parties and the Court.

7. There have been no previous requests for a stay in this matter.

8. Plaintiff and Infiniweb would be prejudiced if they were forced to brief complex issues unnecessarily, and the other parties to the civil-forfeiture action would be prejudiced if adversarial briefing in this case delayed a global resolution.

**WHEREFORE,** in light of the ongoing settlement negotiations, Plaintiff respectively requests the Court grant a 60-day stay until June 30, 2026, to allow Plaintiff to focus on resolving the forfeiture-related matter.

Respectfully submitted this 1st day of May, 2026.

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Fla. Bar No. 42661
**Aylstock, Witkin,**
**Kreis & Overholtz, Plc**
17 East Main Street, Suite 200
Pensacola, FL 32502
850-202-1010 / Fax: 850-916-7449
dthornburgh@awkolaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-00809/).

Respectfully submitted,

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Fla. Bar No. 42661
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Attorney for Plaintiff*