**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MAOYING SONG,

Plaintiff,

v.

INFINIWEB TECHNOLOGY, INC. and
ITECHNO SPECIALIST, INC.

Case No. 6:24-cv-809-JSS-NWH

Defendants.
_______________________________/

**STATUS REPORT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW Plaintiff, by and through the undersigned counsel, and pursuant to the Court's Order dated May 4, 2026 (Dkt. No. 104), hereby files this Status Report to provide an update on the status of the parties' negotiations in the pending civil forfeiture action in the United States District Court for the District of Columbia, *United States v. Approximately 225,364,961 USDT*, Case No. 1:25-cv-01907.

1. As reflected in Plaintiff's Third Amendment Complaint, (Dkt. No. 93), this action is closely related to a pending civil forfeiture action before the

United States District Court for the District of Columbia, *United States v. Approximately 225,364,961 USDT*, Case No. 1:25-cv-01907.

2. Plaintiff is one of 265 individual claimants in the civil forfeiture action.

3. Productive and ongoing settlement discussions are presently occurring in the civil forfeiture action.

4. Although a final resolution has not yet been reached, substantial progress has been made.

5. On February 21, 2026, and March 16, 2026, and April 30, 2026, the Court in the *In Rem* action entered stays to facilitate the continuing settlement negotiations.

6. On May 14, 2026, the Court in the *In Rem* action ordered the parties to file a joint status report by June 8, 2026.

7. On June 10, 2026, the Court in the *In Rem* action extended the time by which the parties were to file a joint status report and ordered the parties to file the joint status report by June 12, 2026.

8. On June 12, 2026, the parties filed the requested joint status report notifying the Court in the *In Rem* action that the parties had made progress in the settlement discussions and requested a settlement conference to assist the parties in resolving any outstanding issues to bring the matter to a conclusion.

9. A settlement conference has not yet been scheduled by the Court in the *In Rem* action.

10. There has been one previous request for a stay in this matter. (Dkt. No. 103).

11. Plaintiff and Defendant Infiniweb would be prejudiced if they were forced to brief complex issues unnecessarily, and the other parties to the civil forfeiture action would be prejudiced if adversarial briefing in this case delayed a global resolution in the ongoing *In Rem* settlement discussions.

12. As previously indicated, a global resolution in the *In Rem* action would likely render further proceedings in this case unnecessary and conserve the resources of both the parties and the Court.

**WHEREFORE,** in light of the ongoing settlement negotiations and pending settlement conference in the *In Rem* action, Plaintiff respectively requests the Court grant an additional stay of 60 days, through and until August 31, 2026, to allow the negotiations in the forfeiture matter to continue. Plaintiff will notify the Court should a settlement be reached in the *In Rem* action or if the parties reach an impasse in settlement negotiations.

Respectfully submitted this 2nd day of July, 2026.

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Fla. Bar No. 42661
**Aylstock, Witkin,**
**Kreis & Overholtz, Plc**
17 East Main Street, Suite 200
Pensacola, FL 32502
850-202-1010 / Fax: 850-916-7449
dthornburgh@awkolaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-00809/).

Respectfully submitted,

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Fla. Bar No. 42661
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Attorney for Plaintiff*